# TRANSCRIPT ORDER FORM (DKT-13) READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court _____ Southern District of Texas _____ District Court Docket No._____ 2:22-cv-220 _____

Short Case Title __Shull v. Young_____

**ONLY ONE COURT REPORTER PER FORM** Court Reporter ERO/Veritext Legal Solutions_____

Date Notice of Appeal Filed in the District Court _____01/20/2026_____ Court of Appeals No. _____26-40039_____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
   **OR**
   **Check all of the following that apply, include date of the proceeding**.
   This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 02/13/2023 | Status Conference | Hon. Drew B. Tipton |
| 03/09/2023 | Scheduling Conference | Hon. Drew B. Tipton |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☒Private Funds;    ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;    ☐Advance Payment Waived by Reporter;    ☐U.S. Government Funds
☐Other_____

Signature _Curt C. Hesse_____ Date Transcript Ordered_____02/23/2026_____

Print Name_Curt Hesse_____ Phone _____(713) 222-6775_____

Counsel for_Plaintiff-Appellant Christopher Shull_____

Address _Moore & Associates, 440 Louisiana St Ste 1110, Houston, TX 77002-1055_____

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 2/23/26 |  | 3/23/26 | 15 |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

         ☐Other (Specify) _____

Date _3/13/2026_____ Signature of Reporter ____Nelda J. Garcia____ Tel. _361-888-3142_

Email of Reporter __Nelda_Garcia@txs.uscourts.gov_____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

         This is to certify that the transcript has been completed and filed at the District Court today.

         Actual Number of Pages _____ Actual Number of Volumes_____

Date _____ Signature of Reporter _____

# TRANSCRIPT ORDER FORM INSTRUCTIONS

## INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

1. Complete Part 1. Whether or not transcripts are being ordered.  A single order form should be used for the same court reporter with multiple proceedings (if the number of proceedings exceed the form limitations, additional forms may be used).

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. A SEPARATE ORDER FORM MUST BE COMPLETED FOR EACH COURT REPORTER.

3. Send a copy of the form to the court reporter (via email or mail, ask court reporter). CJA counsel must also enter an Authorization-24 in the U. S. District Court's eVoucher System. Once the Authorization-24 is approved, create the CJA 24 eVoucher for payment.

4. File a copy of this form with the District Court.

5.  File a copy of this form with the U.S. Court of Appeals for the Fifth Circuit (Attorneys must e-file. Pro se filers must mail form unless authorized to e-file).

6. Send a copy to other parties.

7. Retain a copy for your files.

FAILURE TO MAKE SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING FINANCIAL ARRANGEMENTS WITHIN 14 DAYS OF THE FILING OF THE NOTICE OF APPEAL, MAY RESULT IN THE DISMISSAL OF YOUR APPEAL.

This is an electronic version of the original multipart form. It is your responsibility for ensuring that the correct number of copies are made to meet the distribution requirements.

## INSTRUCTIONS TO COURT REPORTER

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II and file with the Court of Appeals within ten (10) days after receipt. For information on becoming an e-filer, please contact a deputy clerk at the number below.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form. However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II and file with the Court of Appeals. If financial negotiations with the ordering party are still in progress when the 10 days expires, contact a deputy clerk for additional time to complete this form.

If financial arrangements are made after you have notified the Court of Appeals that no financial arrangement were made, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT.

Link to contact information: Contact Clerk's Office About My Case or call:
NORTHERN AND WESTERN TEXAS CASE TEAM: 504-310-7806
SOUTHERN AND EASTERN TEXAS CASE TEAM: 504-310-7807
LOUISIANA, MISSISSIPPI, & AGENCY CASE TEAM: 504-310-7808