# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 09, 2026

Mr. Dion Rupa
330 Old Country Road
Suite 300
Mineola, NY 11501

        No. 26-40039    Shull v. Young
                        USDC No. 2:22-CV-220

Dear Mr. Rupa,

In the above captioned appeal, the 20% discount was implemented on 05/04/2026.  As of today's date, the transcript has not been filed.

Please provide a detailed written explanation, or file the transcript immediately.  If you do not comply with this request within ten (10) days, we will refer this matter to our court for appropriate action.


                            Sincerely,
                            LYLE W. CAYCE, Clerk

                            By: /s/Lyle W. Cayce
                            Lyle W. Cayce


cc:  Mr. Curt Christopher Hesse
     Ms. Melissa Hostick
     Ms. Melissa Ann Moore
     Mr. Nathan Ochsner